**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JANE DOE,

Plaintiff,

v.

KIDSTLC, INC.,

Defendant.

Case No. 26-2191-JMK-ADM

**ORDER**

On August 26, 2026, the court convened a discovery conference at the parties' request to discuss defendant KidsTLC, Inc.'s answers and responses to certain of plaintiff's discovery requests. The court provided the parties with feedback and guidance with respect to the court's local rules, including the 30-day rule set forth in D. Kan. Rule 37.1. Here, the parties appear to be diligently moving the subject discovery disputes forward and attempting to resolve any discovery disputes regarding defendant's discovery responses, document production, and privilege log without the court's intervention.

**IT IS SO ORDERED.**

Dated August 26, 2026, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge