**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>KIDSTLC, INC.,<br><br>Defendant. | Case No. 26-2191-JMK-ADM |

**ORDER**

On September 15, 2026, the court convened a status conference to discuss defendant KidsTLC's Motion for Protective Order relating to records produced by the Olathe Police Department, as well as the court's receipt of physical records of the Kansas Department for Children and Families ("KDCF") relating to this case on multiple occasions, with no indication as to who delivered them or why they were delivered. For the reasons stated on the record, the court denies KidsTLC's Motion for Protective Order (ECF 37).

Next, as discussed more fully on the record, the court and the parties agreed that the proper path forward is for plaintiff to issue subpoenas to the entities from whom documents are sought and file a notice on the docket attaching a copy of the subpoena, so that the record clearly identifies the entity requesting documents, the entity from whom documents are requested, and the categories of documents specifically requested. Moreover, the court directed the parties to list the place of production in the subpoenas as the undersigned's chambers. Upon receipt of any document production, the court will notify the parties that documents were received, and the requesting party may file a motion asking for the documents to be released pursuant to KAN. STAT. ANN. § 38-

2212(f). If and when the court so orders, the parties may apply the appropriate confidentiality branding under the protective order.

**IT IS SO ORDERED.**

Dated September 15, 2026, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge